**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| JUDITH ROSWOLD-ZAWADA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| REDLINE RECOVERY SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1.  Plaintiff Judith Roswold-Zawada brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Redline Recovery Services, LLC ("RRS"). Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2.  This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1337 (commerce).

3.  Venue and personal jurisdiction in this District are proper because:

    a.  Defendant's collection communications were received by plaintiff within this District; and

    b.  Defendant does or transacts business within this District.

### PARTIES

4.  Plaintiff Judith Roswold-Zawada is an individual who resides in Rockford, Illinois.

5.  Defendant RRS is a limited liability company chartered under Georgia law with its principal office at 95 John Muir Drive, Amherst, NY 14228. It does business in Illinois. Its registered agent and office is LexisNexis Document Solutions, 801 Adlai Stevenson Drive,

Springfield, IL 62703. It uses the name ACI.

6. RRS is engaged in the business of using the mails and telephone to collect consumer debts originally owed to others.

7. RRS is a debt collector as defined in the FDCPA.

## FACTS

8. Defendant has been attempting to collect from plaintiff an alleged debt incurred for personal, family or household purposes and not for business purposes.

9. On or about December 11, 2010, defendant sent plaintiff the letter attached as <u>Exhibit A</u>, to plaintiff's correct address. Plaintiff received it a few days later.

10. On or about December 1, 2010 at 7 p.m., and again on December 16, 2010, at 7.42 p.m., in the course of such debt collection efforts, defendant called a cell phone used by plaintiff's boyfriend. The calls were placed from 832-209-4640, which is issued to defendant.

## COUNT I – FDCPA

11. Plaintiff incorporates paragraphs 1-10.

. 12. Defendant thereby violated 15 U.S.C. §1692c.

13. Section 1692c provides:

**§ 1692c.     Communication in connection with debt collection [Section 805 of P.L.]**

**. . . (b) Communication with third parties--Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a postjudgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector. . . .**

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

(1) Statutory and actual damages;

(2) Attorney's fees, litigation expenses and costs of suit; and

(3) Such other and further relief as the Court deems proper.

<u>s/ Daniel A. Edelman</u>
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A.Ceko
EDELMAN, COMBS, LATTURNER
      & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **VERIFICATION**

The undersigned declares under penalty of perjury that the statements in the foregoing complaint are true and accurate to the best of her knowledge and belief.

*[signature]*
Judith Roswold-Zawada

## **NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

                                                s/ Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

# EXHIBIT A

**REDACTED**


**Redline Recovery**

Date: December 11, 2010

JUDITH A ZAWADA
~~[address redacted]~~

**STATEMENT**
**Account Summary**
Current Creditor: HSBC BANK
Reference: XXXXXXXXXXXX0079
Account ID: H4241911
Balance: $641.84
Settlement Amount: $417.20

Dear Judith A Zawada:

Your account has been placed with our office for collection.

Our agency is authorized to settle your account for a reduced amount of $417.20.

In the event that you are unable to make the settlement payment within the acceptance period indicated, please call our office to discuss your account. It is possible to extend the acceptance period; however, we are not obligated to renew this offer.

     Balance: $641.84         Settlement amount: $417.20
     Acceptance period expiration: Saturday, December 25, 2010

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

**PLEASE RESPOND**

☎ TELEPHONE: 1-866-388-1224

💻 Pay online by check, credit card, or debit card at www.redlinepayment.com.

✉ Please include your Account ID, H4241911, with all payments and correspondence sent to:
REDLINE RECOVERY SERVICES, LLC., 11675 RAINWATER DR STE 350, ALPHARETTA GA 30009-8693

🕐 Office Hours: Mon. - Thur. 7:30 AM - 9:00 PM CST; Fri. - Sat. 7:30AM - 4:30 PM CST; Sun. 1:00 PM - 8:00 PM CST

BT028HRED

PLEASE DETACH HERE AND RETURN WITH YOUR PAYMENT TO THE ADDRESS PRINTED BELOW

08/18/2011 17:12 FAX 18478278015 INPLEX ☑032/036

Date: December 11, 2010
ST02B 2502
JUDITH A ZAWADA

**If paying by Credit Card, please complete this section**
CARD NUMBER | AMOUNT | CVV # (¿ or 4 Digit code on Back of Card)
☐ VISA
SIGNATURE | EXP.DATE
☐ (MasterCard)
CARDHOLDER NAME (Please Print) | Check Here If Cardholder Address is The Same. If Not, Provide Cardholder Address On Back of Statement

**STATEMENT**
Account Summary
Current Creditor: HSBC BANK
Reference: XXXXXXXXXXXX0079
Account ID: H4241911
Balance: $641.84
Settlement Amount: $417.20

PAY THIS AMOUNT  $417.20

Please send your payment or correspondence to:
REDLINE RECOVERY SERVICES, LLC.
11675 RAINWATER DR STE 350
ALPHARETTA GA 30009-8693

REDACTED